## United States Bankruptcy Court
### Eastern District of Virginia

In re  **Michael Robert Dickinson**                                    Case No.  **18-34024-KRH**
                                     Debtor(s)                          Chapter  **13**

# SPECIAL NOTICE TO SECURED CREDITOR

To:
**KEVIN E. MARTINGAYLE**
**BISCHOFF & MARTINGAYLE PC**
**3704 PACIFIC AVENUE, SUITE 300**
**Virginia Beach, VA 23451**
*Name of creditor*

Judgment Lien interest in real estate located at 3717 Patterson Avenue, Richmond, VA  23221
*Description of collateral*

1. The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

    [✓]  To value your collateral. ***See Section 4 of the plan.***  Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

    [ ]  To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. ***See Section 8 of the plan.***  All or a portion of the amount you are owed will be treated as an unsecured claim.

2. *You should read the attached plan carefully for the details of how your claim is treated.*  The plan may be confirmed, and the proposed relief granted, unless you file and serve a written objection by the date specified and appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | 10/17/2018 |
| Date and time of confirmation hearing: | 10/24/2018 @ 11:10 a.m. |
| Place of confirmation hearing: | 701 East Broad Street, Room 5000, Richmond, VA 23219 |

**Michael Robert Dickinson**
*Name(s) of debtor(s)*

By:  **/s/ Sharon C. Stuart**
**Sharon C. Stuart 45026**
*Signature*

[✓] Debtor(s)' Attorney
[ ] Pro se debtor

**Sharon C. Stuart 45026**
*Name of attorney for debtor(s)*
**2222 Monument Avenue**
**Richmond, VA 23220**
*Address of attorney [or pro se debtor]*

Tel. #  **804-221-2162**
Fax #  **804-381-5026**

*ver. 12/17*

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

☑ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this **8/22/2018**     .

                                                  **/s/ Sharon C. Stuart**
                                                  **Sharon C. Stuart 45026**
                                                  *Signature of attorney for debtor(s)*

*ver. 12/17*

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Michael Robert Dickinson**                                     Case No.  **18-34024-KRH**
                                         Debtor(s)                       Chapter  **13**

## SPECIAL NOTICE TO SECURED CREDITOR

To:  **Samuel JT Moore, III**
**FCI Fort Dix**
**Federal Correctional Institution**
**P.O. Box 2000**
**JOINT BASE MDL, NJ 08640**
*Name of creditor*

**Judgment Lien interest on 3717 Patterson Avenue Richmond, VA 23221**
*Description of collateral*

1. The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

   ☑ To value your collateral. *See Section 4 of the plan.* Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

   ☐ To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. *See Section 8 of the plan.* All or a portion of the amount you are owed will be treated as an unsecured claim.

2. *You should read the attached plan carefully for the details of how your claim is treated.* The plan may be confirmed, and the proposed relief granted, unless you file and serve a written objection by the date specified and appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | 10/17/2018 |
| Date and time of confirmation hearing: | 10/24/2018 @ 11:10 a.m. |
| Place of confirmation hearing: | 701 East Broad Street, Room 5000, Richmond, VA 23219 |

**Michael Robert Dickinson**
*Name(s) of debtor(s)*

By:  **/s/ Sharon C. Stuart**
     **Sharon C. Stuart 45026**
     *Signature*

☑ Debtor(s)' Attorney
☐ Pro se debtor

**Sharon C. Stuart 45026**
*Name of attorney for debtor(s)*
**2222 Monument Avenue**
**Richmond, VA 23220**
*Address of attorney [or pro se debtor]*

Tel. #  **804-221-2162**
Fax #  **804-381-5026**

*ver. 12/17*

CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

☑ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this   August 22, 2018   .

                                                     **/s/ Sharon C. Stuart**
                                                   **Sharon C. Stuart 45026**
                                                   *Signature of attorney for debtor(s)*

*ver. 12/17*

# United States Bankruptcy Court
### Eastern District of Virginia

In re   **Michael Robert Dickinson**                                                    Case No.   **18-34024-KRH**
                        Debtor(s)                                            Chapter   **13**

## SPECIAL NOTICE TO SECURED CREDITOR

To:
**John C. Asbury, President/CEO**
**Union Bank & Trust**
**1051 East Cary Street, Suite 1200**
**Richmond, VA  23219**
**Ruther Glen, VA 22546**
*Name of creditor*

**3717 Patterson Avenue Richmond, VA 23221**
*Description of collateral*

1.  The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

    ☑  To value your collateral.  *See Section 4 of the plan.*  Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

    ☐  To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold.  *See Section 8 of the plan.*  All or a portion of the amount you are owed will be treated as an unsecured claim.

2.  *You should read the attached plan carefully for the details of how your claim is treated.*  The plan may be confirmed, and the proposed relief granted, unless you file and serve a written objection by the date specified and appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | 10/17/2018 |
| Date and time of confirmation hearing: | 10/24/2018 @ 11:10 a.m. |
| Place of confirmation hearing: | 701 East Broad Street, Room 5000, Richmond, VA 23219 |

By:
**Michael Robert Dickinson**
*Name(s) of debtor(s)*

**/s/ Sharon C. Stuart**
**Sharon C. Stuart 45026**
*Signature*

☑ Debtor(s)' Attorney
☐ Pro se debtor

**Sharon C. Stuart 45026**
*Name of attorney for debtor(s)*
**2222 Monument Avenue**
**Richmond, VA 23220**
*Address of attorney [or pro se debtor]*

Tel. #  **804-221-2162**
Fax #  **804-381-5026**

*ver. 12/17*

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

☐ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☑ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this   **August 22, 2018**   .

                                                        **/s/ Sharon C. Stuart**
                                                       **Sharon C. Stuart 45026**
                                                       *Signature of attorney for debtor(s)*

*ver. 12/17*