UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

NOTICE OF WITHDRAWAL OF CLAIM

In re:   Michael Robert Dickinson
CHAPTER 13
CASE NUMBER:  18-34024

TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of Bank of America, N.A.
2. For account ending 5032 in the amount of $ 642.47
3. Docketed by the Court on 9/11/2018 as Claim number 06.

   You are notified that such proof of claim is hereby withdrawn by and on behalf of Bank of America, N.A.


DATED: 09/14/2016


Bank of America, N.A.
/s/Derek Johnson