UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:        MICHAEL ROBERT DICKINSON           Case No. 13-34024-KRH
                                                  Chapter 13
              Debtor.

# ORDER

A hearing was held on November 7, 2018 before the United States Bankruptcy Court for the Eastern District of Virginia (the "Court"), upon the motions [ECF 20, 21] (collectively, the "Motions") of Samuel J.T. Moore, III, pro se creditor ("Moore"), pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Bankruptcy Rules 2004-1 and 9016-1, requesting authority to conduct an examination of Michael Robert Dickinson (the "Debtor") and, in connection with such examination, compel the Debtor to produce documents at or before the time of the scheduled examination, and the response thereto filed by the Debtor [ECF 27].  In consideration whereof, it is **ADJUDGED, ORDERED, AND DECREED** that:

1. The Motions are **GRANTED** subject to the conditions set forth herein.

2. On or before 5:00 p.m. on Friday, November 9, 2018, Moore shall provide to counsel for the Debtor a list of specifically identified documents to be produced by the Debtor (the "Document Production").

3. The Debtor must file any objections related to the Document Production on or before 5:00 p.m. on Monday, November 12, 2018.  If such an objection(s) is filed, the Debtor shall set it for hearing on Wednesday, November 14, 2018, at 12:00 p.m. before the Court.

4. The Debtor shall produce to Moore any document requested by the Document Production to which no objection is pending on or before 5:00 p.m. on Friday, November 23, 2018.

5. Moore is authorized to conduct an examination of the Debtor on Wednesday, December 5, 2018, from 12:00 p.m. to 1:00 p.m. in Attorney/Client Conference Room No. 5001, U.S. Courthouse, 701 East Broad Street, Richmond, Virginia 23219. Attorney/Client Conference Room 5001 can be accessed from the vestibule outside of Courtroom No. 5000.

Dated: Nov 8 2018

ENTERED: Nov 8 2018

             /s/ Kevin R. Huennekens
            UNITED STATES BANKRUPTCY JUDGE

Copies to:

**Michael Robert Dickinson**
3717 Patterson Avenue
Richmond, VA 23221

**Sharon Choi Stuart**
Stuart Law Firm, LLC
2222 Monument Avenue
Richmond, VA 23220

**Samuel J.T. Moore, III**
1011 West Grace Street
Richmond, VA 23220

**Carl M. Bates**
P. O. Box 1819
Richmond, VA 23218

**John P. Fitzgerald, III**
Office of the US Trustee - Region 4 -R
701 E. Broad Street, Ste. 4304
Richmond, VA 23219