United States Bankruptcy Court
Eastern District of Virginia
RICHMOND, DIVISION

FILED
2018 NOV 13 AM 10: 25
U.S. BANKRUPTCY COURT
RICHMOND DIVISION

IN Re:

Michael Robert Dickinson
debtor

Chapter 13
Case No. 18-34024-KRH
hearing date

Creditor's response to debtor's objection of proof of claim

Samuel Moore, a creditor acting Pro-Se argues that his claim is valid and secured against real estate and possibly cars.
Moore also has proof of setoff as well as right of setoff of debtor's real property located at 2717 Patterson Avenue, Richmond, Virginia 23221

Samuel J.T. Moore
1011 W. Grace St. Richmond, VA 23220
(757) 325-7794
creditor

SM  11/12/2018

Service List for Motion Filed concerning Case No. 18-34024-KRH by Creditor Samuel J.T. Moore III

1) Michael Robert Dickinson (debtor)
3717 Patterson Avenue, Richmond, VA 23221

2) Sharon Choi Stuart (debtor's attorney)
Stuart Law Firm, LLC.
2222 Monument Avenue
Richmond, VA 23220