UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:     MICHAEL ROBERT DICKINSON            Case No. 18-34024-KRH
                                               Chapter 13
           Debtor.

## ORDER

This Amended Order is entered by the Court to change the date of the scheduled 2004 examination of Michael Robert Dickinson (the "Debtor") by Samuel J.T. Moore, III ("Moore") contained in the Order entered November 8, 2018 [ECF 32] (the "Original Order"). In consideration whereof,

IT IS ORDERED that Moore is authorized to conduct an examination of the Debtor on **Wednesday, January 16, 2019, from 12:00 p.m. to 1:00 p.m.** in Attorney/Client Conference Room No. 5001, U.S. Courthouse, 701 East Broad Street, Richmond, Virginia 23219. Attorney/Client Conference Room 5001 can be accessed from the vestibule outside of Courtroom No. 5000.

IT IS FURTHER ORDERED that all other terms and provisions set forth in the Original Order shall remain in full force and effect.

ENTERED:  December 4, 2018          /s/ Kevin R. Huennekens
                                    UNITED STATES BANKRUPTCY JUDGE

Copies to:                          Entered on Docket: December 4, 2018

**Michael Robert Dickinson**
3717 Patterson Avenue
Richmond, VA 23221

**Sharon Choi Stuart**
Stuart Law Firm, LLC
2222 Monument Avenue
Richmond, VA 23220

**Samuel J.T. Moore, III**
1011 West Grace Street
Richmond, VA 23220

**Carl M. Bates**
P. O. Box 1819
Richmond, VA 23218

**John P. Fitzgerald, III**
Office of the US Trustee - Region 4 -R
701 E. Broad Street, Ste. 4304
Richmond, VA 23219