UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:        MICHAEL ROBERT DICKINSON,        Case No. 18-34024-KRH
                                               Chapter 13
              Debtor.

## ORDER

On August 8, 2018, Michael Robert Dickinson (the "Debtor") filed a petition under chapter 13 of title 11 of the United States Code.  On October 31, 2018, the Debtor filed an objection (the "Claim Objection") [ECF 25] to the amended proof of claim, Claim No. 2-2, filed by Samuel J.T. Moore, III ("Moore"), a pro se creditor.  Moore filed a letter responding to the Claim Objection [ECF 34] and also filed another amended proof of claim, Claim No. 2-3.  On January 2, 2019, the Court held a hearing on the Claim Objection (the "Hearing").  For the reasons stated at the Hearing, it is

**ORDERED** that on or before January 16, 2019, Moore shall file an amended proof of claim, together with all necessary supporting documentation as set forth by the Court at the Hearing.

ENTERED:    January 3, 2019

                                    /s/ Kevin R. Huennekens
                                    UNITED STATES BANKRUPTCY JUDGE

**Copies to:**                      Entered on Docket:  January 3, 2019

**Michael Robert Dickinson**
3717 Patterson Avenue
Richmond, VA 23221

**Sharon Choi Stuart**
Stuart Law Firm, LLC
2222 Monument Avenue
Richmond, VA 23220

**Samuel J.T. Moore, III**
1011 West Grace Street
Richmond, VA 23220

**Carl M. Bates**
P. O. Box 1819
Richmond, VA 23218

**John P. Fitzgerald, III**
Office of the US Trustee - Region 4 -R
701 E. Broad Street, Ste. 4304
Richmond, VA 23219