SAUER APPRAISAL SERVICE LLC

File No. DICKINSON

# APPRAISAL OF



REAL PROPERTY

### LOCATED AT:

3717 PATTERSON AVE
RICHMOND, VA 23221

### CLIENT:

MICHAEL DICKINSON
3717 PATTERSON AVE
RICHMOND, VA, 23221

### AS OF:

June 29, 2018

### BY:

KATHY E. SAUER

SAUER APPRAISAL SERVICE LLC

File No. DICKINSON

MICHAEL DICKINSON
3717 PATTERSON AVE
RICHMOND, VA, 23221

File Number: DICKINSON

In accordance with your request, I have appraised the real property at:

3717 PATTERSON AVE
RICHMOND, VA 23221

The purpose of this appraisal is to develop an opinion of the defined value of the subject property, as improved. The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the defined value of the property as of June 29, 2018 is:

$150,000
One Hundred Fifty Thousand Dollars

The attached report contains the description, analysis and supportive data for the conclusions, final opinion of value, descriptive photographs, assignment conditions and appropriate certifications.

*Kathy E. Sauer*

KATHY E. SAUER

# SAUER APPRAISAL SERVICE, LLC
## Individual Condominium Unit Appraisal Report
File No. DICKINSON

### PURPOSE
The purpose of this appraisal report is to provide the client with a credible opinion of the defined value of the subject property, given the intended use of the appraisal.
- Client Name: MICHAEL DICKINSON
- E-mail: MDICKINSON2112@GMAIL.COM
- Client Address: 3717 PATTERSON AVE
- City: RICHMOND  State: VA  Zip: 23221
- Additional Intended User(s): NONE
- Intended Use: ASSET VALUATION

### SUBJECT
- Property Address: 3717 PATTERSON AVE
- City: RICHMOND  State: VA  Zip: 23221
- Owner of Public Record: DICKINSON MICHAEL R
- County: RICHMOND CITY
- Legal Description: MOUNT VERNON CONDO UNIT 3717
- Assessor's Parcel #: W0001704014
- Tax Year: 2018
- R.E. Taxes $: 1,884.00
- Neighborhood Name: MOUNT VERNON CONDO
- Map Reference: RICH MLS
- Census Tract: 0501.00
- Property Rights Appraised: [X] Fee Simple  [ ] Leasehold  [ ] Other (describe)

### SALES HISTORY
My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Prior Sale/Transfer: Date:     Price:     Source(s):
Analysis of prior sale or transfer history of the subject property (and comparable sales, if applicable): THE SUBJECT IS NOT CURRENTLY LISTED FOR SALE, NOR HAS BEEN LISTED FOR SALE IN THE PAST 12 MONTHS. THERE HAVE BEEN NO RECORDED TRANSFERS OF THE SUBJECT IN THE PAST 36 MONTHS.

Offerings, options and contracts as of the effective date of the appraisal: NONE

### NEIGHBORHOOD
**Neighborhood Characteristics**
- Location: [ ] Urban [X] Suburban [ ] Rural
- Built-Up: [ ] Over 75% [X] 25-75% [ ] Under 25%
- Growth: [ ] Rapid [X] Stable [ ] Slow

**Condominium Unit Housing Trends**
- Property Values: [ ] Increasing [X] Stable [ ] Declining
- Demand/Supply: [ ] Shortage [X] In Balance [ ] Over Supply
- Marketing Time: [X] Under 3 mths [ ] 3-6 mths [ ] Over 6 mths

**Condominium Housing**
| PRICE $(000) | AGE (yrs) |
|---|---|
| 50 Low | 0 |
| 1,000 High | 150 |
| 300 Pred. | 25 |

**Present Land Use %**
- One-Unit: 70%
- 2-4 Unit: 2%
- Multi-Family: 2%
- Commercial: 5%
- Other VCNT: 21%

Neighborhood Boundaries: BOUND NORTH AND EAST BY THE HENRICO COUNTY LINE, SOUTH AND WEST BY THE JAMES RIVER.

Neighborhood Description: THE SUBJECT IS LOCATED IN RICHMOND CITY. ALL MAJOR SUPPORT SYSTEMS INCLUDING RESTAURANTS, SHOPPING, SCHOOLS, BANKING AND MEDICAL FACILITIES ARE LOCATED WITHIN 2 TO 5 MILES. EMPLOYMENT IS STABLE IN THE AREA WITH SUCH CLOSE PROXIMITY TO MAJOR RICHMOND AREA EMPLOYERS AND THE INTERSTATES.

Market Conditions (including support for the above conclusions): GENERAL MARKET CONDITIONS APPEAR STABLE AT THE PRESENT TIME. VA, FHA, VHDA, AND CONVENTIONAL LOANS ARE AVAILABLE TO BUYERS IN THE SUBJECT AREA. INTEREST RATE BUYDOWNS AND ADJUSTABLE RATE MORTGAGES ARE TYPICAL FOR THIS AREA. TYPICAL MARKETING TIME IS ZER TO THREE MONTHS. THE CURRENT FIXED INTEREST RATES RANGE FROM 4.25 TO 7%.

### PROJECT SITE
- Topography: MOSTLY LEVEL
- Size: TYPICAL FOR THE AREA
- Density: TYPICAL FOR THE AREA
- View: HOMES/AVERAGE
- Specific Zoning Classification: R-53
- Zoning Description: SINGLE FAMILY RESIDENTIAL
- Zoning Compliance: [X] Legal [ ] Legal Nonconforming [ ] No Zoning [ ] Illegal (describe)
- Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No  If No, describe. THE PRESENT USE DOES REPRESENT THE HIGHEST AND BEST USE OF THE SUBJECT.

**Utilities**
| | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | X | | Water | X | | Street ASPHALT | X | |
| Gas | X | | Sanitary Sewer | X | | Alley NONE | | |

Site Comments: See Attached Addendum

### PROJECT INFORMATION
- Data source(s) for project information: PUBLIC RECORDS
- Project Description: [ ] Detached [X] Row or Townhouse [ ] Garden [ ] Mid-Rise [ ] High-Rise [ ] Other(describe)

| General Description | General Description | General Description | Project Info | |
|---|---|---|---|---|
| # of Stories 2 | Effective Age 19 | Exterior Walls BRCK/AVG | Ratio (spaces/units) 1.1 | # of Units 217 |
| # of Elevators 0 | [X] Existing [ ] Proposed | Roof Surface CMP SHNGL/AVG | Type PAVED | # of Units Completed 217 |
| Year Built 1962 | [ ] Under Construction | Total # Parking 1 | Guest Parking NONE | # of Units Rented 46 |

Describe the condition of the project and quality of construction. THE PROJECT IS IN AVERAGE CONDITION AND IS OF TYPICAL QUALITY OF CONSTRUCTION BASED UPON SIMILAR PROJECTS IN THE SUBJECTS MARKET AREA.

Describe the common elements and recreational facilities. COMMON AREA MANAGEMENT, HOT WATER, POOL, SEWER, TRASH REMOVAL, AND WATER.

### UNIT DESCRIPTION

| GENERAL DESCRIPTION | INTERIOR materials | AMENITIES | APPLIANCES | CAR STORAGE |
|---|---|---|---|---|
| Floor # 1 | Floors CER/HW/AVG | [ ] Fireplace(s) # NONE | [X] Refrigerator P | [X] None |
| # of Levels 2 | Walls DRYWALL/AVG. | [ ] Woodstove(s) # NONE | [X] Range/Oven P | [ ] Garage [ ] Covered [ ] Open |
| Heating Type FHA  Fuel ELCT. | Trim/Finish WOOD/PNT/AVG. | [X] Deck/Patio PATIO | [ ] Disp [X] Microwave | # of Cars 0 |
| [X] Central AC [ ] Individual AC | Bath Wainscot CERAMIC/AVG. | [ ] Porch/Balcony NONE | [X] Dishwasher | [X] Assigned [ ] Owned |
| [ ] Other (describe) | Doors 6 PANEL SOLID/AVG. | [X] Other FNCE | [X] Washer/Dryer P | Parking Space # 1 |

Finished area above grade contains: 5 Rooms  2 Bedrooms  1.1 Bath(s)  832 Square Feet of Gross Living Area Above Grade

Comments on the improvements: THE SUBJECT IS IN OVERALL AVERAGE CONDITION FOR A HOME OF THIS AGE. NO DEFERRED MAINTENANCE HAS BEEN NOTED. FUNCTIONAL UTILITY IS CONSIDERED AVERAGE WITH LARGE ROOMS AND ADEQUATE CLOSET SPACE. NO EXTERNAL DEPRECIATION HAS BEEN NOTED.



SAUER APPRAISAL SERVICE, LLC
Individual Condominium Unit Appraisal Report         File No. DICKINSON

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address and Unit # | 3717 PATTERSON AVE RICHMOND, VA. 23221  3717 | 407 N HAMILTON ST RICHMOND, VA 23221  D | | 3715 PATTERSON AVE RICHMOND, VA 23221  3715 | | 407 N HAMILTON ST RICHMOND, VA 23221  F | |
| Project Name and Phase | MOUNT VERNON CONDO  N/A | MOUNT VERNON CONDO  N/A | | MOUNT VERNON CONDO  N/A | | MOUNT VERNON CONDO  N/A | |
| Proximity to Subject | | 0.26 miles SW | | 0.03 miles SE | | 0.26 miles SW | |
| Sale Price | $ | $ | 193,000 | $ | 178,000 | $ | 165,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 234.51 sq. ft. | | $ 201.36 sq. ft. | | $ 187.50 sq. ft. | |
| Data Source(s) | | MLS/PUBLIC RECORDS | | MLS/PUBLIC RECORDS | | MLS/PUBLIC RECORDS | |
| Verification Source(s) | | RAR MLS #1816300 | | RAR MLS #1726937 | | RAR MLS #1730462 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | CONV DOM 04 | | COV DOM 04 | | CONV DOM 6 | |
| Date of Sale/Time | | 06/08/2018 | | 09/01/2017 | | 10/11/2017 | |
| Location | SUBRBAN/AVG. | SUBRBAN/AVG. | | SUBRBAN/AVG. | | SUBRBAN/AVG. | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| HOA Mo. Assessment | $248.00 | $248.00 | | $248.00 | | $248.00 | |
| Common Elements and Rec. Facilities | TRSH REMVAL ASSOCIATION | TRSH REMVAL ASSOCIATION | | TRSH REMVAL ASSOCIATION | | TRSH REMVAL ASSOCIATION | |
| Floor Location | 1 | 1 | | 1 | | 1 | |
| View | HOMES/AVG | HOMES/AVG | | HOMES/AVG | | HOMES/AVG | |
| Design (Style) | CONDOMINIUM | CONDOMINIUM | | CONDOMINIUM | | CONDOMINIUM | |
| Quality of Construction | DATED | UPDATED | -10,000 | DATED | | DATED | |
| Actual Age | 56 | 56 | | 56 | | 56 | |
| Condition | DEFF MAINT. | OVERALL AVG. | -25,000 | OVERALL AVG. | -25,000 | OVERALL AVG. | -25,000 |
| Above Grade Room Count | Total 4 / Bdrms. 2 / Baths 1.0 | Total 5 / Bdrms. 2 / Baths 1.1 | -1,500 | Total 5 / Bdrms. 2 / Baths 1.1 | -1,500 | Total 4 / Bdrms. 2 / Baths 1.1 | -1,500 |
| Gross Living Area | 30.00  832 sq. ft. | 823 sq. ft. | 0 | 884 sq. ft. | 0 | 880 sq. ft. | 0 |
| Basement & Finished Rooms Below Grade | NONE | NONE | | NONE | | NONE | |
| Functional Utility | NONE | NONE | | NONE | | NONE | |
| Heating/Cooling | FHA/CAC | FHA/CAC | | FHA/CAC | | FHA/CAC | |
| Energy Efficient Items | NONE | NONE | | NONE | | NONE | |
| Garage/Carport | None | None | | None | | None | |
| Porch/Patio/Deck | PATIO | PATIO | | PATIO | | PATIO | |
| FIREPLACE | NONE | NONE | | NONE | | NONE | |
| ADD FEATURES | FENCE | FENCE | | FENCE | | FENCE | |
| Net Adjustment (Total) | | [ ]+ [X]- $ | 36,500 | [ ]+ [X]- $ | 26,500 | [ ]+ [X]- $ | 26,500 |
| Adjusted Sale Price of Comparables | | Net Adj. -18.9% Gross Adj. 18.9% $ | 156,500 | Net Adj. -14.9% Gross Adj. 14.9% $ | 151,500 | Net Adj. -16.1% Gross Adj. 16.1% $ | 138,500 |

Summary of Sales Comparison Approach   See Attached Addendum

Indicated Value by Sales Comparison Approach $ 150,000

INCOME APPROACH TO VALUE
Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____ Indicated Value by Income Approach _____
Summary of Income Approach (including support for market rent and GRM) _____

Methods and techniques employed: [X] Sales Comparison Approach   [ ] Cost Approach   [ ] Income Approach   [ ] Other:
Discussion of methods and techniques employed, including reason for excluding an approach to value:   See Attached Addendum

Reconciliation comments:  See Attached Addendum

Based on the scope of work, assumptions, limiting conditions and appraiser's certification, my (our) opinion of the defined value of the real property that is the subject of this report as of  06/29/2018 , which is the effective date of this appraisal, is:
[X] Single point $ 150,000   [ ] Range $ _____ to $ _____   [ ] Greater than   [ ] Less than   $ _____
This appraisal is made  [X] "as is,"  [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,  [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed  [ ] subject to the following:


gpar™ general purpose appraisal report

Produced using ACI software, 800.234.8727 www.aciweb.com
Page 2 of 4
Sauer Appraisal Service LLC
This form Copyright © 2005-2016 ACI, a First American Company. All Rights Reserved.
(gPAR™) General Purpose Appraisal Report   09/2016
GPAR1073_16 09232016

SAUER APPRAISAL SERVICE, LLC
Individual Condominium Unit Appraisal Report — File No. DICKINSON

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 3717 PATTERSON AVE | 401 N HAMILTON ST | | 3723 PATTERSON AVE | | 513 N BOULEVARD | |
| and | RICHMOND, VA. 23221 | RICHMOND, VA 23221 | | RICHMOND, VA 23221 | | RICHMOND, VA 23220 | |
| Unit # 3717 | | G | | 3723 | | 2 | |
| Project Name and Phase | MOUNT VERNON CONDO  N/A | MOUNT VERNON CONDO  N/A | | MOUNT VERNON CONDO  N/A | | TUSCAN VILLAS CONDO  N/A | |
| Proximity to Subject | | 0.27 miles SW | | 0.03 miles SE | | 0.85 miles SE | |
| Sale Price | $ | | $ 190,000 | | $ 187,500 | | $ 155,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 215.91 sq. ft. | | $ 225.36 sq. ft. | | $ 231.34 sq. ft. | |
| Data Source(s) | | MLS/PUBLIC RECORDS | | MLS/PUBLIC RECORDS | | MLS/PUBLIC RECORDS | |
| Verification Source(s) | | RAR MLS #1815733 | | RAR MLS #1740147 | | RAR MLS #1732607 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | CONV  DOM 05 | | CONV  DOM 05 | | CONV  DOM 37 | |
| Date of Sale/Time | | 06/21/2018 | | 01/12/2018 | | 12/05/2017 | |
| Location | SUBRBAN/AVG. | SUBRBAN/AVG. | | SUBRBAN/AVG. | | SUBRBAN/AVG. | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| HOA Mo. Assessment | $248.00 | $248.00 | | $248.00 | | $289.00 | |
| Common Elements and Rec. Facilities | TRSH REMVAL ASSOCIATION | TRSH REMVAL ASSOCIATION | | TRSH REMVAL ASSOCIATION | | TRSH REMVAL ASSOCIATION | |
| Floor Location | 1 | 1 | | 1 | | 1 | |
| View | HOMES/AVG | HOMES/AVG | | HOMES/AVG | | HOMES/AVG | |
| Design (Style) | CONDOMINIUM | CONDOMINIUM | | CONDOMINIUM | | CONDOMINIUM | |
| Quality of Construction | DATED | UPDATED | -10,000 | UPDATED | -10,000 | DATED | |
| Actual Age | 56 | 56 | | 56 | | 90 | 11,000 |
| Condition | DEFF MAINT. | OVERALL AVG. | -25,000 | OVERALL AVG. | -25,000 | OVERALL AVG. | -25,000 |
| Above Grade Room Count | Total 4 / Bdrms 2 / Baths 1.0 | Total 5 / Bdrms 2 / Baths 1.1 | -1,500 | Total 5 / Bdrms 2 / Baths 1.1 | -1,500 | Total 4 / Bdrms 2 / Baths 1.0 | |
| Gross Living Area | 30.00  832 sq. ft. | 880 sq. ft. | 0 | 832 sq. ft. | | 670 sq. ft. | 4,900 |
| Basement & Finished Rooms Below Grade | NONE | NONE | | NONE | | NONE | |
| Functional Utility | NONE | NONE | | NONE | | NONE | |
| Heating/Cooling | FHA/CAC | FHA/CAC | | FHA/CAC | | RADNT/W-UNITS | 5,000 |
| Energy Efficient Items | NONE | NONE | | NONE | | NONE | |
| Garage/Carport | None | None | | None | | NONE | |
| Porch/Patio/Deck | PATIO | PATIO | | PATIO | | NONE | 500 |
| FIREPLACE | NONE | NONE | | NONE | | NONE | |
| ADD FEATURES | FENCE | FENCE | | FENCE | | NONE | 500 |
| Net Adjustment (Total) | | [X]- $ | 36,500 | [X]- $ | 36,500 | [X]- $ | 3,100 |
| Adjusted Sale Price of Comparables | | Net Adj. -19.2%  Gross Adj. 19.2% $ | 153,500 | Net Adj. -19.5%  Gross Adj. 19.5% $ | 151,000 | Net Adj. -2.0%  Gross Adj. 30.3% $ | 151,900 |
| Summary of Sales Comparison Approach | | | | | | | |



Produced using ACI software, 800.234.8727 www.aciweb.com
Additional Comparables
This form Copyright © 2005-2016 ACI, a First American Company. All Rights Reserved.
(gPAR)™ General Purpose Appraisal Report  09/2016
GPAR1073_16 09232016

SAUER APPRAISAL SERVICE, LLC
Individual Condominium Unit Appraisal Report — File No. DICKINSON

| FEATURE | SUBJECT | COMPARABLE SALE NO. 7 | | COMPARABLE SALE NO. 8 | | COMPARABLE SALE NO. 9 | |
|---|---|---|---|---|---|---|---|
| Address | 3717 PATTERSON AVE RICHMOND, VA. 23221 | 403 N HAMILTON ST RICHMOND, VA 23221 F | | | | | |
| Unit # | 3717 | | | | | | |
| Project Name and Phase | MOUNT VERNON CONDO N/A | MOUNT VERNON CONDO N/A | | | | | |
| Proximity to Subject | | 0.26 miles SW | | | | | |
| Sale Price | $ | $ 190,000 | | $ | | $ | |
| Sale Price/Gross Liv. Area | $ 0.00 sq.ft. | $ 215.91 sq.ft. | | $ sq.ft. | | $ 0.00 sq.ft. | |
| Data Source(s) | | MLS/PUBLIC RECORDS | | | | | |
| Verification Source(s) | | RAR MLS #1822206 | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | ACTIVE DOM 08 | | | | | |
| Date of Sale/Time | | ACTIVE | | | | | |
| Location | SUBRBAN/AVG. | SUBRBAN/AVG. | | | | | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | | | | |
| HOA Mo. Assessment | $248.00 | $248.00 | | | | | |
| Common Elements and Rec. Facilities | TRSH REMVAL ASSOCITION | TRSH REMVAL ASSOCITION | | | | | |
| Floor Location | 1 | 1 | | | | | |
| View | HOMES/AVG | HOMES/AVG | | | | | |
| Design (Style) | CONDOMINIUM | CONDOMINIUM | | | | | |
| Quality of Construction | DATED | UPDATED | -10,000 | | | | |
| Actual Age | 56 | 56 | | | | | |
| Condition | DEFF MAINT. | OVERALL AVG. | -25,000 | | | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | 0 | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 4  2  1.0 | 5  2  1.1 | -1,500 | | | | |
| Gross Living Area 30.00 | 832 sq.ft. | 880 sq.ft. | -1,400 | sq.ft. | | sq.ft. | |
| Basement & Finished Rooms Below Grade | NONE | NONE | | | | | |
| Functional Utility | NONE | NONE | | | | | |
| Heating/Cooling | FHA/CAC | FHA/CAC | | | | | |
| Energy Efficient Items | NONE | NONE | | | | | |
| Garage/Carport | None | None | | | | | |
| Porch/Patio/Deck | PATIO | PATIO | | | | | |
| FIREPLACE | NONE | NONE | | | | | |
| ADD FEATURES | FENCE | FENCE | | | | | |
| Net Adjustment (Total) | | [ ]+ [X]- $ | 37,900 | [ ]+ [ ]- $ | | [X]+ [ ]- $ | 0 |
| Adjusted Sale Price of Comparables | | Net Adj. -19.9% Gross Adj. 19.9% $ | 152,100 | Net Adj. % Gross Adj. % $ | | Net Adj. 0.0% Gross Adj. 0.0% $ | 0 |

Summary of Sales Comparison Approach



SAUER APPRAISAL SERVICE, LLC
Individual Condominium Unit Appraisal Report    File No. DICKINSON

### Scope of Work, Assumptions and Limiting Conditions

Scope of work is defined in the Uniform Standards of Professional Appraisal Practice as " the type and extent of research and analyses in an assignment."  In short, scope of work is simply  what the appraiser did and did not do during the course of the assignment.  It includes, but is not limited to:  the extent to which the property is identified and inspected,  the type and extent of data researched,  the type and extent of analyses applied to arrive at opinions or conclusions.

The scope of this appraisal and ensuing discussion in this report are specific to the needs of the client, other identified intended users and to the intended use of the report.  This report was prepared for the sole and exclusive use of the client and other identified intended users for the identified intended use and its use by any other parties is prohibited.  The appraiser is not responsible for unauthorized use of the report.

The appraiser's certification appearing in this appraisal report is subject to the following conditions and to such other specific conditions as are set forth by the appraiser in the report.  All extraordinary assumptions and hypothetical conditions are stated in the report and might have affected the assignment results.

1.  The appraiser assumes no responsibility for matters of a legal nature affecting the property appraised or title thereto, nor does the appraiser render any opinion as to the title, which is assumed to be good and marketable.  The property is appraised as though under responsible ownership.

2.  Any sketch in this report may show approximate dimensions and is included only to assist the reader in visualizing the property.  The appraiser has made no survey of the property.

3.  The appraiser is not required to give testimony or appear in court because of having made the appraisal with reference to the property in question, unless arrangements have been previously made thereto.

4.  Neither all, nor any part of the content of this report, copy or other media thereof (including conclusions as to the property value, the identity of the appraiser, professional designations, or the firm with which the appraiser is connected), shall be used for any purposes by anyone but the client and other intended users as identified in this report, nor shall it be conveyed by anyone to the public through advertising, public relations, news, sales, or other media, without the written consent of the appraiser.

5.  The appraiser will not disclose the contents of this appraisal report unless required by applicable law or as specified in the Uniform Standards of Professional Appraisal Practice.

6.  Information, estimates, and opinions furnished to the appraiser, and contained in the report, were obtained from sources considered reliable and believed to be true and correct.  However, no responsibility for accuracy of such items furnished to the appraiser is assumed by the appraiser.

7.  The appraiser assumes that there are no hidden or unapparent conditions of the property, subsoil, or structures, which would render it more or less valuable.  The appraiser assumes no responsibility for such conditions, or for engineering or testing, which might be required to discover such factors.  This appraisal is not an environmental assessment of the property and should not be considered as such.

8.  The appraiser specializes in the valuation of real property and is not a home inspector, building contractor, structural engineer, or similar "expert", unless otherwise noted.  The appraiser did not conduct the intensive type of field observations of the kind intended to seek and discover property defects.  The viewing of the property and any improvements is for purposes of developing an opinion of the defined value of the property, given the intended use of this assignment.  Statements regarding condition are based on surface observations only.  The appraiser claims no special expertise regarding issues including, but not limited to: foundation  settlement, basement moisture problems, wood destroying (or other) insects, pest infestation, radon gas, lead based paint, mold or environmental issues.  Unless otherwise indicated, mechanical systems were not activated or tested.

This appraisal report should not be used to disclose the condition of the property as it relates to the presence/absence of defects.  The client is invited and encouraged to employ qualified experts to inspect and address areas of concern.  If negative conditions are discovered, the opinion of value may be affected.

Unless otherwise noted, the appraiser assumes the components that constitute the subject property improvement(s) are fundamentally sound and in working order.

Any viewing of the property by the appraiser was limited to readily observable areas.  Unless otherwise noted, attics and crawl space areas were not accessed.  The appraiser did not move furniture, floor coverings or other items that may restrict the viewing of the property.

9.  Appraisals involving hypothetical conditions related to completion of new construction, repairs or alteration are based on the assumption that such completion, alteration or repairs will be competently performed.

10.  Unless the intended use of this appraisal specifically includes issues of property insurance coverage, this appraisal should not be used for such purposes.  Reproduction or Replacement cost figures used in the cost approach are for valuation purposes only, given the intended use of the assignment.  The Definition of Value used in this assignment is unlikely to be consistent with the definition of Insurable Value for property insurance coverage/use.

11.  The ACI General Purpose Appraisal Report (GPAR™) is not intended for use in transactions that require a Fannie Mae 1073/Freddie Mac 465 form, also known as the Individual Condominium Unit Appraisal Report (Condo).

Additional Comments Related To Scope Of Work, Assumptions and Limiting Conditions



SAUER APPRAISAL SERVICE, LLC.
Individual Condominium Unit Appraisal Report     File No. DICKINSON

### Appraiser's Certification

The appraiser(s) certifies that, to the best of the appraiser's knowledge and belief:

1. The statements of fact contained in this report are true and correct.
2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are the appraiser's personal, impartial, and unbiased professional analyses, opinions, and conclusions.
3. Unless otherwise stated, the appraiser has no present or prospective interest in the property that is the subject of this report and has no personal interest with respect to the parties involved.
4. The appraiser has no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
5. The appraiser's engagement in this assignment was not contingent upon developing or reporting predetermined results.
6. The appraiser's compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
7. The appraiser's analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
8. Unless otherwise noted, the appraiser has made a personal inspection of the property that is the subject of this report.
9. Unless noted below, no one provided significant real property appraisal assistance to the appraiser signing this certification. Significant real property appraisal assistance provided by:

Additional Certifications:

Definition of Value: [X] Market Value    [ ] Other Value:
Source of Definition:

ADDRESS OF THE PROPERTY APPRAISED:
3717 PATTERSON AVE
RICHMOND, VA 23221
EFFECTIVE DATE OF THE APPRAISAL: 06/29/2018
APPRAISED VALUE OF THE SUBJECT PROPERTY $ 150,000

**APPRAISER**

Signature: *Kathy E. Sauer*
Name: KATHY E. SAUER
Company Name: SAUER APPRAISAL SERVICE, LLC.
Company Address: 7489 RICHMOND RD UNIT 28
NORGE, VA. 23127
Telephone Number: 804-557-2696
Email Address: SAUERAPPRAISALSERVICE@HUGHES.NET
State Certification #: 4001009468
or License #:
or Other (describe): _____ State #: _____
State: VA
Expiration Date of Certification or License: 03/31/2019
Date of Signature and Report: 07/02/2018
Date of Property Viewing: 06/29/2018
Degree of property viewing:
[X] Interior and Exterior   [ ] Exterior Only   [ ] Did not personally view

**SUPERVISORY APPRAISER**

Signature:
Name:
Company Name:
Company Address:
Telephone Number:
Email Address:
State Certification #:
or License #:
State:
Expiration Date of Certification or License:
Date of Signature:
Date of Property Viewing:
Degree of property viewing:
[ ] Interior and Exterior   [ ] Exterior Only   [ ] Did not personally view



Produced using ACI software, 800.234.8727 www.aciweb.com
Page 4 of 4
Sauer Appraisal Service LLC
This form Copyright © 2005-2016 ACI, a First American Company. All Rights Reserved.
(gPAR™) General Purpose Appraisal Report 09/2016
GPAR1073_16 09232016

**ADDENDUM**

| | |
|---|---|
| Client: MICHAEL DICKINSON | File No.: DICKINSON |
| Property Address: 3717 PATTERSON AVE | Case No.: |
| City: RICHMOND    State: VA    Zip: 23221 | |

**Site Comments**
THE SUBJECT SITE IS A TYPICAL SUBURBAN LOT IN TERMS OF SIZE AND APPEAL. SITE IMPROVEMENTS AND LANDSCAPING ARE TYPICAL FOR THE AREA. NO ADVERSE EASEMENTS OR ENCROACHMENTS WERE NOTED.

THE APPRAISER HAS NOT BEEN INFORMED, NOR HAS THE APPRAISER ANY KNOWLEDGE OF THE EXISTENCE OF ANY ENVIRONMENTAL OR HEALTH IMPEDIMENT WHICH, IF KNOWN, COULD HAVE A NEGATIVE IMPACT ON THE MARKET VALUE OF THE SUBJECT PROPERTY. THE VALUATION CONTAINED HEREIN IS NOT VALID IF ANY HAZARDOUS ITEMS ARE FOUND IN OR ON THE SUBJECT PROPERTY AND NOT STATED WITHIN THE APPRAISAL REPORT. WE ARE UNABLE TO VERIFY THE EXISTENCE OF POTENTIALLY HAZARDOUS MATERIAL USED IN THE CONSTRUCTION OR MAINTENANCE OF THE SUBJECT IMPROVEMENTS, SUCH AS THE PRESENCE OF UREA FORMALDEHYDE FOAM INSULATIONS, AND/OR THE EXISTENCE OF RADON GAS; WHICH MAY OR MAY NOT BE PRESENT ON THE PROPERTY. NONE OF THESE ITEMS WERE OBSERVED BY THE APPRAISER ON THE DATE OF INSPECTION; NOR DO WE HAVE ANY KNOWLEDGE OF THE EXISTENCE OF SUCH MATERIAL ON OR IN THE PROPERTY. HOWEVER, THE APPRAISER IS NOT QUALIFIED TO DETECT SUCH SUBSTANCES. WE URGE THE CLIENT TO RETAIN AN EXPERT IN THIS FIELD TO DETERMINE THE EXISTENCE OF SUCH SUBSTANCES. ANY INFORMATION ABOUT INSULATIONS STATED ON THE APPRAISAL REPORT WAS PROVIDED BY THE OWNER OR AGENT OR TAKEN FROM EXPERIENCE IN THE AREA AND IS ASSUMED TO BE ACCURATE.

THE SUBJECT PROPERTY MAY BE LOCATED WITHIN A FLOOD ZONE AREA. FEMA FLOOD MAPS ARE SOMETIMES UNCLEAR AS TO THE EXACT LOCATION OF FLOOD ZONES. A SITE SURVEY IS RECOMMENDED TO DETERMINE THIS FACTOR.

**Comments on Sales Comparison**
THE APPRAISER HAS CHOSEN WHAT ARE BELIEVED TO BE THE BEST COMPARABLE SALES AVAILABLE FROM THE MARKET SEARCH CONDUCTED. ADJUSTMENTS WITHIN THE SALES COMPARISON ANALYSIS ARE BASED ON THE MARKET EXTRACTION METHOD, GENERALLY EMPLOYING THE MATCHED PAIR PROCESS AND NOT SPECIFICALLY BASED ON COST FIGURES. EVERY EFFORT HAS BEEN MADE TO CONFORM FHLMC/FNMA GUIDELINES AND IN MOST CASES, AN EVEN STRICTER INTERPRETATION FOUND COMMON TO MOST INVESTORS IN THE SECONDARY MARKET. ALL COMPARABLE SALES ARE SETTLED TO THE BEST OF THE APPRAISERS KNOWLEDGE. VERIFICATION IS WITH COUNTY RECORDS AND/OR REALTOR.

THE COMPARABLES MAY EXCEED THE DESIRED SIX MONTHS SALE DATE/TIME OR ONE MILE PROXIMITY TO THE SUBJECT HOWEVER ALL COMPARABLES ARE VERY SIMILAR TO THE SUBJECT, REQUIRED MINIMAL ADJUSTMENTS AND ARE CONSIDERED TO BE GOOD INDICATORS OF MARKET VALUE WHERE MORE RECENT OR NEARER COMPARABLES MAY HAVE REQUIRED MUCH LARGER LESS DESIRABLE ADJUSTMENTS.

THE INDIVIDUAL LAND ADJUSTMENTS APPLIED WERE EXTRACTED FROM THE SUBJECTS MARKET AREA AND ARE BASED ON VALUE AND NOT SIZE. THE REMAINDER OF THE ADJUSTMENTS APPLIED WERE EXTRACTED FROM THE SUBJECTS MARKET AREA.

MY SEARCH CRITERIA IS AS FOLLOWS:
ONE YEAR BACK
RICHMOND CITY
MOUNT VERNON CONDOMINIUMS COMMUNITY
I EXANDED MY SEARCH TO BRACKET THE BATHROOM COUNT AND TO INLUDE A COMPARABLE FROM A COMPETING COMMUNITY.

THE SUBJECTS EXPOSURE TIME AT THE MARKET VALUE INDICATED IN THIS REPORT IS ESTIMATED TO BE 0 TO 90 DAYS.

ADJUSTMENTS WITHIN THE SALES COMPARISON ANALYSIS ARE BASED ON THE MARKET EXTRACTION METHOD, GENERALLY EMPLOYING THE MATCHED PAIR PROCESS.
AGE $1,000 PER THREE YEARS FOR A DIFFERENCE OF FIVE YEARS.
BEDROOM $5,000
BATHROOM $3,000
PATIO $500
FENCE $500
COMPARABLE SIX (513 N BOULEVARD) HAS RADIENT HEAT AND WINDOW UNITS WHICH IS INFERIOR TO THE SUBJECTS FORCED HOT AIR AND CENTRAL AIR CONDITIONING. THROUGH RESEARCH I HAVE FOUND A POSITIVE $5,000 ADJUSTMENT APPLIES.

COMPARABLE SIX (513 N BOULEVARD) EXCEEDS THE RECOMMENDED GROSS ADJUSTMENT OF 25% BECAUSE OF THE AGE AND CONDITION. I AM USING THIS COMPARABLE BECAUSE IT BRACKETS THE BATHROOM COUNT.

THE SUBJECT AND ALL COMPARABLES ARE LOCATED IN RICHMOND CITY AND ARE ALL WITHIN THE SAME COMMUNITY. ALL COMPARABLES SHARE THE SAME MARKETABLE INFLUENCES SUCH AS EASY ACCESS TO SHOPPING, INTERSTATES, AND RESTAURANTS. ALSO, ALL COMPARABLES ATTEND THE SAME HIGH SCHOOL.

ALL COMPARABLES ARE LOCATED IN RICHMOND CITY AND HAVE THE SAME MARKETABLE INFLUENCES SUCH AS EASY ACCESS TO SHOPPING, INTERSTATES, AND RESTUARANTS. ALSO, ALL COMPARABLES ATTEND THE SAME HIGH SCHOOL.

THE SUBJECTS OPINION OF MARKET VALUE IS LOWER THAN THE PREDOMINANT VALUE BECAUSE OF THE SUBJECT BEING AN ATTACHED DWELLING, THE AGE ,LACK OF UPGRADES AND CONDITION.

I MADE CONDITION ADJUSTMENTS FOR ALL COMPARABLES BECAUSE THE SUBJECT IS MISSING FLOOR COVERING , IN NEED OF PAINT AND HAS A STRONG CAT URINE SMELL . IT IS A POSSIBLITY IT COULD HAVE SATUARATED THE SUB FLOORING . I DO NOT HAVE ANOTHER COMPARABLE WITH LIKE DEFERRED

**ADDENDUM**

| Client: MICHAEL DICKINSON | | File No.: DICKINSON |
|---|---|---|
| Property Address: 3717 PATTERSON AVE | | Case No.: |
| City: RICHMOND | State: VA | Zip: 23221 |

MAINTENANCE , HOWEVER I FEEL THIS WILL IMPACT MARKETABLILITY GREATLY.

**Reasons for non-development of a value approach**
THE SALES COMPARISON APPROACH IS THE MOST WIDELY USED AND HEAVILY WEIGHTED APPROACH TO VALUE  THE APPRAISER HAS UTILIZED SALES OF SIMILAR SIZED AND STYLE HOMES IN A CLOSE PROXIMITY TO THE SUBEJCT.

**Final Reconciliation**
SCOPE OF APPRAISAL: ALL OF THE SUPPORTING MARKET DATA INCLUDED IN THIS REPORT WAS OBTAINED AND VERIFIED BY KATHY SAUER OF SAUER APPRAISAL SERVICE LLC. FROM COUNTY RECORDS, DISCUSSIONS WITH LOCAL APPRAISERS, AND THE APPRAISERS OFFICE FILES. THE MARKET APPROACH IS BASED ON THE PRINCIPLE OF SUBSTITUTION, WHICH BASICALLY STATES THAT A KNOWLEDGEABLE PURCHASER WOULD NOT PAY MORE FOR A PROPERTY THAN THE ACTUAL COST OF  ACQUIRING AN EQUALLY DESIRABLE PROPERTY WITH SIMILAR UTILITY AND QUALITY. IN MOST CIRCUMSTANCES, THE MARKET APPROACH IS GIVEN MOST WEIGHT IN THE FINAL ANALYSIS DUE TO THE UNAVAILABILITY OF COMPARABLE RENTAL PROPERTIES IN THE SUBJECT NEIGHBORHOOD AND THE FACT THAT MOST SINGLE-FAMILY PROPERTIES ARE OWNER OCCUPIED WITH NO APPARENT INVESTMENT POTENTIAL. THE INCOME APPROACH IS USUALLY APPLICABLE WHEN ESTIMATING THE MARKET VALUE OF SMALLER INCOME PRODUCING PROPERTIES SUCH AS DUPLEXES, TRIPLEXES, AND QUADPLEXES. THE COST APPROACH, DUE TO THE OBVIOUS INHERENT DIFFICULTY IN ACCURATELY ESTIMATING ACCRUED DEPRECIATION, IS GIVEN LESS CONSIDERATION IN THE FINAL ESTIMATION OF VALUE. THE COST APPROACH IS GENERALLY NOT RECOGNIZED AS A VIABLE APPROACH TO VALUE BY PERSPECTIVE BUYERS IN THE MARKETPLACE; THEREFORE, IT IS NOT REGARDED WITH A HIGH DEGREE OF RELIABILITY.

THIS IS A  APPRAISAL REPORT WHICH IS INTENDED TO COMPLY WITH THE REPORTING REQUIREMENTS UNDER STANDARDS RULE 2-2(a) OF THE  APPRAISAL REPORT. IT PRESENTS ONLY SUMMARY DISCUSSIONS OF THE DATA, REASONING AND ANALYSIS THAT WERE USED IN THE APPRAISAL PROCESS TO DEVELOP THE APPRAISERS OPINION OF VALUE. SUPPORTING DOCUMENTATION THAT IS NOT PROVIDED WITH THE REPORT CONCERNING THE DATA, REASONING AND ANALYSIS IS RETAINED IN THE APPRAISERS FILES. THE DEPTH OF THE DISCUSSION CONTAINED IN THIS REPORT IS SPECIFIC TO THE NEEDS OF THE CLIENT AND FOR THE INTENDED USE STATES IN THE REPORT. THE APPRAISER IS NOT RESPONSIBLE FOR UNAUTHORIZED USE OF THIS REPORT. TO DEVELOP THE OPINION OF VALUE, THE APPRAISER PERFORMED A COMPLETE APPRAISAL PROCESS, AS DEFINED BY THE UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE. THIS MEANS THAT NO DEPARTURES FROM STANDARDS 1 WERE INVOKED.

NO LIABILITY IS ASSUMED BY THE APPRAISER TO THIRD PARTIES AND PARTIES OTHER THAN THE ORIGINAL CONTRACTOR, WHO MAY RELY ON THIS APPRAISAL REPORT WITHOUT THE EXPRESS WRITTEN CONSENT OF THE APPRAISER WHICH MUST BE OBTAINED AT THE TIME OF CONTRACTING FOR THE APPRAISAL SERVICE. ANY PRIOR AGREEMENT THE APPRAISER MAY HAVE ENTERED INTO, WAIVING PRIVITY OF CONTRACT RIGHTS, WITH DISCLOSED THIRD PARTIES IS SUPERSEDED BY THIS LIMITING CONDITIONS SHOULD ANY UNDISCLOSED THIRD PARTY SUBSEQUENTLY RELY ON THIS APPRAISAL REPORT WITHOUT THE EXPRESS WRITTEN CONSENT OF THE APPRAISER.

THE APPRAISER AND/OR THE REVIEW APPRAISER HAS COMPLETED ALL CONTINUING EDUCATION REQUIREMENTS FOR LICENSURE.

SAUER APPRAISAL SERVICE, LLC

## Market Conditions Addendum to the Appraisal Report

File No. DICKINSON

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

Property Address: 3717 PATTERSON AVE    City: RICHMOND    State: VA    Zip Code: 23221
Borrower: MICHAEL DICKINSON

Instructions: The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

### Market Research & Analysis

| Inventory Analysis | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| | | | | Increasing | Stable | Declining |
| Total # of Comparable Sales (Settled) | 11 | 2 | 5 | ☐ | [X] | ☐ |
| Absorption Rate (Total Sales/Months) | 1.83 | 0.67 | 1.67 | ☐ | [X] | ☐ |
| Total # of Comparable Active Listings | 0 | 0 | 1 | ☐ Declining | [X] Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 0.00 | 0.00 | 0.60 | ☐ Declining | [X] Stable | ☐ Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 188,000 | 191,250 | 197,700 | ☐ Increasing | [X] Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 5 | 4 | 4 | ☐ Declining | [X] Stable | ☐ Increasing |
| Median Comparable List Price | 189,000 | 185,475 | 189,000 | ☐ Increasing | [X] Stable | ☐ Declining |
| Median Comparable Listings Days on Market | 0 | 0 | 4 | ☐ Declining | [X] Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 99.00% | 100.00% | 100.00% | ☐ Increasing | [X] Stable | ☐ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | [X] Yes | ☐ No | | ☐ Declining | [X] Stable | ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).
IT APPEARS THAT SELLER CONCESSIONS ARE TYPICAL FOR THE MARKET AREA HOWEVER THEY DO NOT APPEAR ON AVERAGE TO BE HIGHER THAN 3% OF THE SELLING PRICE WHICH IS TYPICAL IN THIS MARKET AREA.

Are foreclosure sales (REO sales) a factor in the market? ☐ Yes [X] No    If yes, explain (including the trends in listings and sales of foreclosed properties).
RESEARCH SHOWS 0 OUT OF 18 SALES OF FORECLOSURE OR REO PROPERTIES IN THE SUBJECTS MARKET AREA IN THE PAST 12 MONTHS.

Cite data sources for above information. CENTRAL VIRGINIA REGIONAL MLS

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
THE AMOUNT OF CLOSED SALES FOR THE PAST YEAR HAS REMAINED STABLE THE MEDIAN SALE PRICE HAS REMAINED STABLE AS HAS THE LIST PRICE. TOTAL # OF COMPARABLE ACTIVE LISTINGS, MONTHS OF HOUSING SUPPLY, MEDIAN COMPARABLE LISTINGS DAYS ON MARKET FIELDS AND PRIOR 7-12 MONTHS - PRIOR 4-6 MONTHS AND OVERALL TRENDS FIELDS HAVE NOT BEEN COMPLETED DUE TO THE LOCAL MLS NOT HAVING THE CAPABILITY TO PROVIDE THIS INFORMATION. DUE TO THE MAJORITY OF MLS SYSTEMS IN THE UNITED STATES NOT HAVING THIS CAPABILITY FANNIE MAE DOES NOT REQUIRE THIS INFORMATION.

### Condo / Co-Op Projects

If the subject is a unit in a condominium or cooperative project, complete the following:    Project Name: MOUNT VERNON CON

| Subject Project Data | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| | | | | Increasing | Stable | Declining |
| Total # of Comparable Sales (Settled) | 11 | 2 | 5 | ☐ | [X] | ☐ |
| Absorption Rate (Total Sales/Months) | 1.83 | 0.67 | 1.67 | ☐ | [X] | ☐ |
| Total # of Active Comparable Listings | 0 | 0 | 1 | ☐ Declining | [X] Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab. Rate) | 0.00 | 0.00 | 0.60 | ☐ Declining | [X] Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project? ☐ Yes [X] No    If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.
RESEARCH SHOWS 0 OUT OF 18 SALES OF FORECLOSURE OR REO PROPERTIES IN THE SUBJECTS MARKET AREA IN THE PAST 12 MONTHS.

Summarize the above trends and address the impact on the subject unit and project. THE AMOUNT OF CLOSED SALES FOR THE PAST YEAR HAS REMAINED STABLE THE MEDIAN SALE PRICE HAS REMAINED STABLE AS HAS THE LIST PRICE. TOTAL # OF COMPARABLE ACTIVE LISTINGS, MONTHS OF HOUSING SUPPLY, MEDIAN COMPARABLE LISTINGS DAYS ON MARKET FIELDS AND PRIOR 7-12 MONTHS - PRIOR 4-6 MONTHS AND OVERALL TRENDS FIELDS HAVE NOT BEEN COMPLETED DUE TO THE LOCAL MLS NOT HAVING THE CAPABILITY TO PROVIDE THIS INFORMATION. DUE TO THE MAJORITY OF MLS SYSTEMS IN THE UNITED STATES NOT HAVING THIS CAPABILITY FANNIE MAE DOES NOT REQUIRE THIS INFORMATION.

### APPRAISER

Signature: *Kathy E. Sauer*
Name: KATHY E. SAUER
Company Name: SAUER APPRAISAL SERVICE, LLC.
Company Address: 7489 RICHMOND RD UNIT 28
NORGE, VA. 23127
State License/Certification #: 4001009468    State: VA
Email Address: SAUERAPPRAISALSERVICE@HUGHES.NET

### SUPERVISORY APPRAISER (ONLY IF REQUIRED)

Signature: _____
Name: _____
Company Name: _____
Company Address: _____
State License/Certification #: _____    State: _____
Email Address: _____