ABSTRACT OF JUDGMENT  CASE NUMBER: GV17009203-00

17- 011813

RICHMOND GENERAL DISTRICT COURT

| PLAINTIFF(S) | | V | DEFENDANT(S) | |
|---|---|---|---|---|
| UNION BANK & TRUST<br>FKA UNION FIRST MARKET BANK<br>24010 PARTNERSHIP BLVD<br>RUTHER GLEN, VA 22546 | NO SSN<br>NO DOB | | MICHAEL R DICKINSON<br>3717 PATTERSON AVE<br>RICHMOND, VA 23221 | NO SSN<br>NO DOB |

DOCKETED IN THE CIRCUIT COURT OF
THE CITY OF RICHMOND ON

JUL 1 4 2017

AT _____10:45A_____

THIS IS TO CERTIFY THAT A JUDGMENT WAS RENDERED IN THIS COURT IN FAVOR OF:

PLAINTIFF(S) AGAINST DEFENDANT(S) CONTAINING THE FOLLOWING TERMS:

DATE OF JUDGMENT: 04/26/17

AMOUNT OF JUDGMENT:    $1,185.33

OTHER AMOUNT:    $0.00

HOMESTEAD EXEMPTION WAIVED: ( ) YES    ( ) NO    (X) CANNOT BE DEMANDED

ALTERNATE VALUE OF SPECIFIC PROPERTY AWARDED:  N/A

INTEREST:  6  % FROM 09/30/16

COSTS:    $58.00    ATTORNEY'S FEES:

ATTORNEY:  UNION/AGT

OTHER AWARDED:

I CERTIFY THE ABOVE TO BE A TRUE ABSTRACT OF A JUDGMENT RENDERED IN THIS COURT

.......5-11-17..............    _____
    DATE                                (✓) CLERK    ( ) JUDGE

FORM DC-465 4/90 (05/09/17)    PAGE: 55