07- 08919

ABSTRACT OF JUDGMENT
--------------------

CASE NUMBER:  GV06044154-00

RICHMOND GENERAL DISTRICT COURT

| PLAINTIFF(S) | V | DEFENDANT(S) |
|---|---|---|

| | | | |
|---|---|---|---|
| VIRGINIA CREDIT UNION INC | NO SSN | MICHAEL DICKINSON | NO SSN |
| PO BOX 90010 | NO DOB | 627 SOUTH HOLLY AVE | NO DOB |
| RICHMOND, VA  23225 | | RICHMOND, VA  23075 | |

PG0063 MAY 18

DOCKETED IN THE CIRCUIT COURT OF
THE CITY OF RICHMOND ON

MAY 18 2007

AT  10:15

THIS IS TO CERTIFY THAT A JUDGMENT WAS RENDERED IN THIS COURT IN FAVOR OF:

PLAINTIFF(S) AGAINST DEFENDANT(S) CONTAINING THE FOLLOWING TERMS:

DATE OF JUDGMENT:  10/03/06

AMOUNT OF JUDGMENT:      $2,180.32

OTHER AMOUNT:            $0.00

HOMESTEAD EXEMPTION WAIVED: ( ) YES   (X) NO   ( ) CANNOT BE DEMANDED

ALTERNATE VALUE OF SPECIFIC PROPERTY AWARDED:  N/A

INTEREST: 10.24 % FROM 03/16/06

COSTS:      $43.00      ATTORNEY'S FEES:

ATTORNEY:  VACU/AGT

OTHER AWARDED:

I CERTIFY THE ABOVE TO BE A TRUE ABSTRACT OF A JUDGMENT RENDERED IN THIS COURT

.......1-11-07.................      Chance, O.C.
        DATE                        ( ) CLERK    ( ) JUDGE

FORM DC-465  4/90  (01/10/07)          PAGE: 33