BWW#:VA-329516

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:  
MICHAEL ROBERT DICKINSON  
    Debtor  

Case No. 18-34024-KRH

Chapter 13

_____

PENNYMAC LOAN SERVICES, LLC  
    Movant  
v.  
MICHAEL ROBERT DICKINSON  
    Debtor/Respondent  
and  
CARL M. BATES  
    Trustee/Respondent

## NOTICE OF VOLUNTARY WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, PennyMac Loan Services, LLC (the "Movant), by and through counsel, and hereby withdraws, without prejudice, its Motion for Relief from the Automatic Stay filed on November 16, 2021 with respect to the real property known as 3717 Patterson Avenue, Richmond, VA 23221.

Respectfully Submitted,

Dated: April 27, 2022

    /s/ Matthew C. Rawls  
Matthew C. Rawls, VSB# 78962  
BWW Law Group, LLC  
8100 Three Chopt Road, Suite 240  
Richmond, VA 23229  
(804) 282-0463 (phone)  
(804) 282-0541 (facsimile)  
bankruptcy@bww-law.com  
*Counsel for the Movant*

---

Matthew C. Rawls, VSB# 78962  
8100 Three Chopt Road, Suite 240  
Richmond, VA 23229  
(804) 282-0463(Phone)  
*Counsel for the Movant*

**CERTIFICATE OF SERVICE**

    I certify that on this 27th day of April, 2022, the following person(s) were or will be served with a copy of the foregoing Notice of Withdrawal of Motion for Relief from the Automatic Stay electronically via the CM/ECF system or by first class mail, postage prepaid:

Carl M. Bates, Trustee
P.O. Box 1819
Richmond, VA 23218

Sharon Choi Stuart, Esq.
8002 Discovery Drive
Suite 422
Henrico, VA 23229

Michael Robert Dickinson
3717 Patterson Avenue
Richmond, VA 23221

                                              */s/ Matthew C. Rawls*
                                              Matthew C. Rawls, 78962 VSB#
                                              BWW Law Group, LLC
                                              *Counsel for the Movant*