Bankruptcy Case No.

Adversary Proceeding No.

# CERTIFICATE OF SERVICE

I, _____, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this subpoena to appear and testify was made _____ by:
   (name)                                                                                                                                                         (date)

\_\_  Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

\_\_  Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

\_\_  Residence Service: By leaving the process with the following adult at:

\_\_  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

\_\_  Publication: The defendant was served as follows: [Describe briefly]

\_\_  State Law: The defendant was served pursuant to the laws of the State of _____ , as follows: [Describe briefly]
                                                                                                                                                         (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

_____      _____
                 Date                                                                          Signature

**Print Name**

_____
**Business Address**

_____
**City**                                           **State**                                **Zip**

[ver. 05/02]