UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:  MICHAEL ROBERT DICKINSON                    CASE NO. 18-34024-KRH
DEBTOR                                                          CHAPTER 13

## ORDER  AVOIDING JUDICIAL LIEN
## HELD BY SAMUEL J.T. MOORE, III

The First Motion to Avoid Judicial Lien that Impairs the Debtor's Exemption filed by the

debtor, Michael Robert Dickinson, is hereby GRANTED based on Samuel J.T. Moore, III's

admission of his failure to properly record his judgment received from the Virginia Beach Circuit

Court (attached hereto as part of this order as Instrument # 17-0218269) against the Debtor's

residential real estate at 3717 Patterson Avenue, Richmond, Virginia 23221.

It is hereby ORDERED AND DECREED that the judicial lien held by Samuel J.T.

Moore, III, granted by the Virginia Beach Circuit Court on September 5, 2017 is deemed invalid

as a judgment lien against the debtor's residential real estate at 3717 Patterson Avenue,

Richmond, Virginia 23221.

Feb 27 2023                                             /s/ Kevin R Huennekens
Date                                                       U.S. Bankruptcy Judge

                                             Entered: Feb 27 2023

Sharon C. Stuart, Esquire
Stuart Law Firm, LLC
8002 Discovery Drive, Suite 422
Henrico, VA 23229
(804) 221-2162 office
(804) 381-5026 facsimile
Virginia State Bar No. 45026
Counsel for the Debtor

I ask for this:


/s/ Sharon C. Stuart
Sharon C. Stuart, Esquire
Stuart Law Firm, LLC
8002 Discovery Drive, Suite 422
Henrico, VA 23229
(804) 221-2162 office
(804) 381-5026 facsimile
Virginia State Bar No. 45026


## PROOF OF SERVICE

The proposed order has been served upon all necessary parties on **February 3, 2023** by either regular first class mail or CM/ECF Notification at the addresses below:


**Via regular first class mail to:**

**Samuel J.T. Moore III**
**1011 West Grace Street**
**Richmond, VA 23220**


**Via CM/ECF Notification to:**

Carl M. Bates, Esquire
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA 23218

/s/ Sharon C. Stuart
Counsel for Debtor

**PARTIES TO RECEIVE COPIES**

**STUART LAW FIRM, LLC**
**8002 DISCOVERY DRIVE, SUITE 422**
**HENRICO, VA  23229**

**CARL M. BATES, ESQUIRE**
**CHAPTER 13 TRUSTEE**
**PO BOX 1819**
**RICHMOND, VA 23218**

**OFFICE OF THE US TRUSTEE**
**701 E. BROAD STREET**
**ROOM 4304**
**RICHMOND, VA 23219**

**SAMUEL J.T. MOORE, III**
**1011 WEST GRACE STREET**
**RICHMOND, VA 23220**

**MICHAEL DICKINSON**
**3717 PATTERSON AVENUE**
**RICHMOND, VA 23221**

**VIRGINIA: VIRGINIA BEACH CIRCUIT COURT CLERKS OFFICE**

*ABSTRACT OF JUDGMENT*                    *CASE NO.: CL17-461*

PLAINTIFF(S):       SAMUEL J. T. MOORE, III


DEFENDANT(S):    MICHAEL DICKINSON

This is to certify that a Judgment was rendered in the Virginia Beach Circuit Court in favor of
PLAINTIFF against DEFENDANT

DATE OF JUDGMENT:       08/29/17
JUDGMENT AMOUNT:        $125,000.00 compensatory
                        $50,000.00 punitive
INTEREST:               Judgment rate from 08/18/17
AND JUDGMENT COSTS:  $929.14
ATTORNEY FEES:          $50,000.00
CREDITS:
OTHER:
PLAINTIFF(S) ATTORNEY:
This judgment is docketed in the Clerk's Office of this Court as Judgment Instrument
#2017090500075600 on 09/05/17.

NOTE: See attached certified copy of the judgment order for any information concerning the
address, date of birth and social security number, if stated, of each party against whom judgment
was rendered, or for any other information concerning such judgment.

DATE ISSUED: 10/05/17


                              Tina E. Sinnen, Clerk

                          BY: _____
                              Deputy Clerk

VIRGINIA:    IN THE CIRCUIT COURT OF THE CITY OF VIRGINIA BEACH

SAMUEL J. T. MOORE, III,

        Plaintiff,

v.                              Case No.: CL17-461

MICHAEL DICKINSON

        Defendant.

City of Virginia Beach
09/05/2017
11:11:58 AM JDG NF
Tina E. Sinnen, Clerk

## JUDGMENT ORDER

THIS MATTER came to be heard the 18th day of August, 2017, upon plaintiff's request for entry of a judgment against defendant, and the plaintiff's evidence was received by the court;

WHEREAS, upon consideration of the pleadings, prior orders of the court and evidence presented to the court on behalf of plaintiff; and

WHEREAS, the court having determined and concluded that the defendant has willfully violated plaintiff's rights and has defied orders of this court;

It is ADJUDGED, ORDERED and DECREED as follows:

1.    Judgment is hereby awarded in favor of Samuel J. T. Moore, III, against Michael Dickinson pursuant to Count II (Fraud) and Count III (Conversion) in the amount of $125,000.00 for compensatory damages, $50,000.00 for punitive damages, $50,000.00 for attorney's fees and $929.14 for costs incurred for a total award of $225,929.14.

2.    Interest shall accrue at the judgment rate from August 18, 2017 until the judgment is satisfied.

This is a final order and this matter shall be removed from the active docket of this court.

It is so ORDERED.

ENTER: 8/29/17

_____
CIRCUIT COURT JUDGE

I ASK FOR THIS:

_____
Kevin E. Martingayle, Esquire (VSB# 33865)
BISCHOFF MARTINGAYLE, P.C.
3704 Pacific Avenue, Suite 300
Virginia Beach, VA 23451
(757) 233-9991
(757) 416-6009 (direct dial)
(757) 428-6982 (facsimile)
Email: martingayle@bischoffmartingayle.com
*Counsel for Plaintiff*

CERTIFIED TO BE A TRUE COPY
OF RECORD IN MY CUSTODY
TINA E. SINNEN, CLERK
CIRCUIT COURT, VIRGINIA BEACH, VA
BY _____
DEPUTY CLERK

Notice given; no appearance; endorsement waived pursuant to Rule 1:13 of the
Rules of the Supreme Court of Virginia:
Michael Dickinson
3717 Patterson Avenue
Richmond, VA 23221
*Pro Se*

CERTIFIED TO BE A TRUE COPY
OF RECORD IN MY CUSTODY
TINA E. SINNEN, CLERK
CIRCUIT COURT, VIRGINIA BEACH, VA
BY _____
DEPUTY CLERK

DOCKETED IN THE CIRCUIT COURT OF
THE CITY OF RICHMOND ON

OCT 17 2017

Samuel J. T. Moore, III v. Michael Dickinson, Case No.: CL17-461   AT _____10:45 AM_____

2